**Joseph CARVER, petitioner,**
**v. UNITED STATES.**

No. 12–781.

Feb. 19, 2013.

Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.